# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 4, 2020

**Before**

MICHAEL B. BRENNAN, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

No. 19-2807

| | |
|---|---|
| SPEECH FIRST, INC.,<br> *Plaintiff-Appellant,* | Appeal from the United States District Court for the Central District of Illinois. |
| *v.* | No. 3:19-cv-03142-CSB-EIL |
| TIMOTHY L. KILLEEN, *et al.*,<br> *Defendants-Appellees*. | Colin S. Bruce,<br> *Judge*. |

**O R D E R**

The opinion of this court issued on July 28, 2020, is amended as follows:

In the caption, which appears on the first page, correct the name of the defendant-appellee from Thomas L. Killeen to Timothy L. Killeen.

On consideration of the petition for rehearing en banc, filed by the plaintiff-appellant, no judge in regular active service has requested a vote on the petition for rehearing en banc and the judges on the original panel have voted to deny rehearing. It is, therefore, **ORDERED** that the petition for rehearing en banc is **DENIED**.